PROB 12B
(7/93)

Report Date: May 25, 2006

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Jacqueline Rebecca Laidley        Case Number: 2:01CR00142-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 07/24/2002        Type of Supervision: TSR

Original Offense: Possession With Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. § 841(a)(1)        Date Supervision Commenced: 05/11/2004

Original Sentence: Prison - 18 Months; TSR - 36 Months        Date Supervision Expires: 05/10/2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> Jacqueline Laidley, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of four random drug tests per month.

Jacqueline Laidley was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Laidley has agreed to the proposed modifications.

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervised Release be adapted.

Respectfully submitted,

by  *[signature]*

Tommy Rosser
U.S. Probation Officer
Date: May 25, 2006

Prob 12B
**Re: Laidley, Jacqueline Rebecca
May 25, 2006
Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/30/06
Date

PROB 49
(3/89)

# United States District Court

_____Eastern_____ District _____of Washington_____

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Jacqueline Laidley, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness _____        Signed _____
         U.S. Probation Officer                              Probationer or Supervised Releasee

                                         2-28-06
                                          Date